IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSHUA A. STEPHENS,

    Plaintiff,

v.                                                                           4:23cv387–WS/MJF

JOHN POLISKNOWSKI,
et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 17) docketed January 18, 2024. The magistrate judge recommends that Plaintiff's case be dismissed without prejudice for failure to comply with court orders. Plaintiff has filed no objections to the report and recommendation.

Upon review of the record, the undersigned has determined that the report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 17) is

adopted and incorporated by reference in this order of the court.

2. Plaintiff's second amended complaint is hereby DISMISSED without prejudice for his repeated failure to comply with court orders directing him to file a proper IFP motion or pay the filing fee.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this __19th__ day of __February__, 2024.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE